THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH M. LUMBARD,<br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and STATE STREET BANK AND TRUST COMPANY,<br>    Defendants | C.A. NO. 05-CV-11124MEL |

## THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, The Prudential Insurance Company of America ("Prudential") submits the following as its Corporate Disclosure Statement:

1. Prudential, a non-governmental corporation, identifies the following parent company, which is a publicly held corporation, that controls Prudential, directly or through other, or which owns 10% or more of the party's stock: Prudential Financial, Inc.

2. As of December 18, 2001, Prudential became an indirect, wholly owned subsidiary of Prudential Financial, Inc., a publicly traded corporation.

3. Prudential identifies the following publicly held corporations with which a merger agreement with the party exists: None.

40342.1

4. Prudential Financial, Inc., is the parent company of Prudential.

5. Prudential's stock is owned by Prudential Holdings, LLC, a direct, wholly owned company owned by Prudential Financial, Inc.

        THE PRUDENTIAL INSURANCE
        COMPANY OF AMERICA and STATE
        STREET BANK AND TRUST
        COMPANY,

        By Their Attorneys,

        /s/ Carey L. Bertrand
        William T. Bogaert, BBO # 546321
        Carey L. Bertrand, BBO# 650496
        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
        155 Federal Street
        Boston, MA 02110
        (617) 422-5300

## CERTIFICATE OF SERVICE

I, Carey L. Bertrand, hereby certify that a true copy of the foregoing document was served upon all counsel of record by forwarding a copy of the same, first class mail, postage prepaid on this 30th day of June 2005 to:

        James T. Finnegan, Esq.
        Rich May, a Professional Corporation
        176 Federal Street
        Boston, MA 02110

        /s/ Carey L. Bertrand
        Carey L. Bertrand

40342.1