THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH M. LUMBARD,<br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and STATE STREET BANK AND TRUST COMPANY,<br>    Defendants | C.A. NO. 05-CV-11124MEL |

## STATE STREET BANK AND TRUST COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, State Street Bank and Trust Company ("State St.") submits the following as its Corporate Disclosure Statement:

1. State St., a non-governmental corporation, identifies the following parent company, which is a publicly held corporation, that controls State St., directly or through other, or which owns 10% or more of the party's stock: State Street Corporation.

2. State St. identifies the following publicly held corporations with which a merger agreement with the party exists: None.

3. State Street Corporation, is the parent company of State St.

                                            THE PRUDENTIAL INSURANCE
                                            COMPANY OF AMERICA and STATE

40351.1

STREET BANK AND TRUST COMPANY,

By Their Attorneys,

/s/ Carey L. Bertrand
William T. Bogaert, BBO # 546321
Carey L. Bertrand, BBO# 650496
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

CERTIFICATE OF SERVICE

I, Carey L. Bertrand, hereby certify that a true copy of the foregoing document was served upon all counsel of record by forwarding a copy of the same, first class mail, postage prepaid on this 30th day of June 2005 to:

James T. Finnegan, Esq.
Rich May, a Professional Corporation
176 Federal Street
Boston, MA 02110

/s/ Carey L. Bertrand
Carey L. Bertrand

40351.1