UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEBORAH M. LUMBARD | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 05-11124-MEL |
| v. | ) | |
| THE PRUDENTIAL INSURANCE | ) | |
| CO. OF AMERICA, et al | ) | |
| Defendant. | ) | |

ORDER OF RECUSAL

LASKER, S.D.J.

I hereby recuse myself from this case in order to avoid a potential conflict of interest.

See 28 U.S.C. sec. 455 (b)(4).

MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated: July 7, 2005                    /s/ George H. Howarth
Boston, Massachusetts                  Deputy Clerk