UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH M. LUMBARD,<br><br>        Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA and<br>STATE STREET BANK AND TRUST CO.,<br><br>        Defendants. | )<br>)<br>)<br>)  Case No. 05-CV-11124-MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCES

David C. Casey and Laurie Drew Hubbard hereby withdraw their appearances as counsel on behalf of the defendant, State Street Bank and Trust Co. State Street has retained Carey Louise Bertrand of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP to represent it in this matter.

Respectfully submitted,

_____
David C. Casey (BBO No. 077260)
LITTLER MENDELSON, PC
One International Place, Suite 2700
Boston, MA 02110
(617) 378-6000

_____
Laurie Drew Hubbard (BBO No. 651109)
LITTLER MENDELSON, PC
One International Place, Suite 2700
Boston, MA 02110
(617) 378-6000

Dated: August 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each party by first-class mail on August 11, 2005.

_____
David C. Casey