UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Deborah Lumbard
Plaintiff,
        V.                                      Civil Action Number
                                                      05-11124-PBS
The Prudential Ins. Co. of America, et al
Defendants.                                    August 16, 2005

## SCHEDULING ORDER

Saris, D.J.,

Dispositive Motions filing deadline: 10/31/05

Opposition to Dispositive Motions: 11/18/05

Replies: 12/9/05

Hearing on Dispositive Motions or Pretrial Conference: 1/11/06 at 2:00 p.m.

Case to be referred to Mediation program: Fall, 2005

                                                                     By the Court,

                                                                /s/ Robert C. Alba
                                                                Deputy Clerk