UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBORAH M. LUMBARD,
    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and STATE STREET BANK AND TRUST COMPANY,
    Defendants

C.A. NO. 05-CV-11124PBS

## DEFENDANT'S, STATE STREET BANK AND TRUST COMPANY, LOCAL RULE 16.4 CERTIFICATION

Pursuant to rule 16.4 of the local rules of the U.S. District Court For The Eastern District Massachusetts, the undersigned counsel for the State Street Bank and Trust Company and the undersigned State Street Bank and Trust Company representative certify that we have conferred over the potential costs of litigation and litigation alternatives and have considered resolution of this litigation through the use of alternative dispute resolution.

Respectfully submitted,
STATE STREET BANK AND TRUST COMPANY,

_____
Boon Ooi
Senior Vice President
Compensation and Benefits
State Street Bank and Trust Company
One Lincoln Street
Boston, MA 02111

By Its Attorneys,

_____
William T. Bogaert, BBO#546321
Carey L. Bertrand, BBO#650496
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

42675.1

CERTIFICATE OF SERVICE

    I, Carey L. Bertrand, hereby certify that a true copy of the foregoing *document* was served upon all counsel of record by forwarding a copy of the same, first class mail, postage prepaid on this 8th day of September 2005 to:

James T. Finnegan, Esq.<br>
Rich May, a Professional Corporation<br>
176 Federal Street<br>
Boston, MA 02110

                                        /s/ Carey L. Bertrand
                                        Carey L. Bertrand

42675.1