THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH M. LUMBARD,<br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and STATE STREET BANK AND TRUST COMPANY,<br>    Defendants | C.A. NO. 05-CV-11124PBS |

## DEFENDANTS', THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND STATE STREET BANK AND TRUST COMPANY, RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISUPTED FACTS

Defendants hereby responds to Plaintiff's Statement of Undisputed Material Facts in Support of Motion for Summary Judgment as follows:

1-91.  These facts and the citations contained therein relate to evidence contained in the Defendants' Proposed Administrative Record.

          Respectfully Submitted,

          THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and STATE STREET BANK AND TRUST COMPANY,
          By Their Attorneys,

          /s/ Carey Bertrand
          William T. Bogaert, BBO#546321
          Carey L. Bertrand, BBO#650496
          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
          155 Federal Street
          Boston, MA 02110
          (617) 422-5300

47268.1