THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH M. LUMBARD,<br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA and STATE<br>STREET BANK AND TRUST<br>COMPANY,<br>    Defendants | C.A. NO. 05-CV-11124PBS |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that this matter be dismissed with prejudice and without costs.

| | |
|---|---|
| DEBORAH M. LUMBARD, | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and STATE STREET BANK AND TRUST COMPANY, |
| By her attorneys, | By Their Attorneys, |
| /s/ James T. Finnigan | /s/ Carey L. Bertrand |
| James T. Finnigan (BBO # 549620)<br>Rich May, a Professional Corporation<br>176 Federal Street<br>MA 02110<br>(617) 556-3872 | William T. Bogaert (BBO #546321)<br>Carey L. Bertrand (BBO #650496)<br>WILSON, ELSER, MOSKOWITZ, Boston,<br>EDELMAN & DICKER, LLP<br>155 Federal Street<br>Boston, MA 02110<br>(617)422-5300 |

49251.1